

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00189-CV

Maryann **CASTRO** and Manuel Castro,
Appellants

v.

**MLB SUB I, LLC**,
Appellee

From the County Court, Atascosa County, Texas
Trial Court No. 4343
Honorable Lynn Ellison, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Appellee's motion to dismiss is MOOT. Appellants are indigent; no costs are taxed in this appeal.

SIGNED August 17, 2016.

Patricia O. Alvarez, Justice